```
FILED: JUNE 25, 2008
08CV3637
JUDGE HOLDERMAN
MAGISTRATE JUDGE DENLOW

PH
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND

**Defendant**(s): WHEATLAND CONCRETE , INC., and ALLEN GIBSON, individually

County of Residence: Cook

County of Residence: Kane

Plaintiffs' Atty:     LaKisha M. Kinsey-Sallis
                      Dowd, Bloch & Bennett
                      8 S. Michigan Avenue, 19th Flr,
                      Chicago IL 60603
                      312-372-1361

Defendant's Atty:

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:-**N/A**

Defendant:-**N/A**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **791 E.R.I.S.A**

VI.Cause of Action:     **Collection Action by multi-employer benefit fund brought pursuant to 129 U.S.C. Sec. 1132 (e)(1) & (e)(2) and 29 U.S.C. 185 (a) & (c)**

VII. Requested in Complaint

Class Action:**No**

Dollar Demand:

Jury Demand:**No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:     /s/LaKisha M. Kinsey-Sallis

Date:     June 23, 2008