UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,

Plaintiffs,

v.

WHEATLAND CONCRETE, INC., and ALLEN GIBSON, individually,

Defendants.

Docket Number: 08CV3637

Assigned Judge: JUDGE HOLDERMAN

Designated Magistrate Judge: MAGISTRATE JUDGE DENLOW

TO: Wheatland Concrete, Inc.
c/o Corporate Minutes, Registered Agent
1605 W. Wilson Street, Suite 112
Batavia, IL 60510

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:
LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ signature*

(By) DEPUTY CLERK

June 25, 2008

Date

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service-*

[_]   Served personally upon the defendant. Place where served: _____
_____

[_]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[_]   Returned unexecuted: _____
_____
_____

[_]   Other (specify): _____
_____
_____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      Date                                     Signature of Server


                                              _____
                                                       Address of Server

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Mike Shales, et al. vs. Wheatland Concrete, Inc., and Allen Gibson, individually

CASE NUMBER: 08 CV 3637

**AFFIDAVIT OF PROCESS SERVER**

I, **Robert Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Serving & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Serving & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Wheatland Concrete, Inc. c/o Registered Agent Corporate Minutes** at its usual place of business located at **1605 West Wilson Street Suite 112, Batavia, IL 60510** by serving its authorized agent and/or employee **Laura Wilcox**, on **07/07/2008** at **12:45 PM**.
Description: **Sex: Female – Age: 47 – Skin: White – Hair: Auburn – Height: 5.8 – Weight: 150**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Robert Brady

Subscribed and Sworn to before me on this ____ day of _____, 20__.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

13091